

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gulf Coast Veterinary Surgery - San Antonio Management LLC and Veterinary Specialists of North America LLC, Appellants

No. 06-23-00081-CV      v.

Jocelyn Cooper, DVM, and Tige Witsberger, DVM, Appellees

Appeal from the 57th District Court of Bexar County, Texas (Tr. Ct. No. 2023CI06566). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellants and appellees shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED JANUARY 31, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk